**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DANIELS, | No. C 10-05372 JW (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| vs. | |
| MIKE McDONALD, | |
| Respondent. | |

On November 29, 2010, petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the clerk of the court sent a notice to petitioner that a filing fee of $5.00 was now due or in the alternative, that petitioner must file an In Forma Pauperis Application. (Docket No. 2.) Petitioner was advised that he must respond within thirty days to avoid the action being dismissed.

On December 13, 2010, petitioner filed a motion for leave to proceed in forma pauperis which is deficient for the following reasons: 1) the Certificate of Funds in Prisoner's Account was not completed and signed by an authorized prison official; and 2) petitioner failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 5.)

Order Granting Ext. of Time
P:\PRO-SE\SJ.JW\HC.10\Daniels05372_ifp-ext.wpd

1 In the interest of justice, petitioner is granted an extension of time to file the missing documents to complete the In Forma Pauperis Application. Petitioner must file the missing documents described above **no later than thirty (30) days** from the date this order is filed. In the alternative, petitioner may file the $5.00 filing fee in the same time provided.

**FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

The clerk shall enclose two blank copies of the Certificate of Funds in Prisoner's Account with a copy of this order to petitioner.

DATED: February 11, 2011

JAMES WARE
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAMMY DANIELS JR,

    Petitioner,

v.

MIKE MCDONALD,

    Respondent.
    /

Case Number: CV10-05372 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____2/11/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sammy Daniels K31657
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: _____2/11/2011_____

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk